# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ASSADOLLAH HAMEDANI,

    Plaintiff,

v.                                       CASE NO. 4:13cv369-RH/CAS

STATE OF FLORIDA, DEPARTMENT
OF CORRECTIONS,

    Defendant.

_____/

## ORDER FOR DISMISSAL

The mediator has filed a notice, ECF No. 11, indicating that this case has been settled. Accordingly,

IT IS ORDERED:

1. The parties must comply with their settlement agreement.

2. All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3. Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The clerk must close the file.

6. A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

SO ORDERED on February 12, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge